

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00309-CV

_____

IN THE MATTER OF S.B.

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-109356-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Amended Motion to Withdraw Appeal."[1] We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: February 17, 2021

---

[1]Appellant is a juvenile. Because she had not signed the motion and because we had not received any documents showing that she had waived her right to appeal in writing or on the record in the trial court, we abated the appeal for the trial court to determine whether she had voluntarily waived her right to appeal. At a hearing on the record, the juvenile stated that she did not want to pursue her appeal. This dismissal is thus in accord with Texas Family Code Section 51.09's requirements. *See* Tex. Fam. Code Ann. § 51.09; *In re C.A.*, Nos. 02-19-00060-CV, 02-19-00061-CV, 2019 WL 1716337, at *1 n.1 (Tex. App.—Fort Worth Apr. 18, 2019, no pet.) (per curiam) (mem. op.).